Joe P. JARRELL, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent,

and

Judy B. Montague, Intervenor.

No. 9503228.

United States Court of Appeals, Federal Circuit.

Oct. 26, 2005.

Joe P. Jarrell, Leslie Ohta, Judy B. Montague, pro se.

*ORDER*

On September 20, 2005 the court ordered Joe P. Jarrell ("Jarrell") to show cause why his petition for review should not be dismissed as premature. Jarrell has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This petition for review is dismissed.

(2) Each side shall bear its own costs.

Cynthia S. LOWRANCE, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 05–3368.

United States Court of Appeals, Federal Circuit.

Oct. 27, 2005.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 39 days from the date of filing of this order.